# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS E. NOBLE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHIEF JUDGE D. BROOKS SMITH, ) <br> CLERK KATE BARKMAN ) <br> ) <br> Defendants. ) | Civil Action No. 18-2420 <br> Judge Nora Barry Fischer |

## ORDER OF COURT

AND NOW, this 28th day of August, 2018, in accordance with the foregoing Memorandum Opinion,

IT IS HEREBY ORDERED that Plaintiff Thomas E. Noble's Motion for Leave to Proceed In Forma Pauperis [2] is DENIED;

IT IS FURTHER ORDERED that Plaintiff's "Petition to Stay [Sham] Proceedings at the W.D. PA from this Court and to Compel Transmission of All of His Cases Since 1984 to the Supreme Court for Consolidation as One Case and Assignment to an Impartial Court for First-Time-Ever Impartial Adjudication" [4] is DENIED;

IT IS FURTHER ORDERED that Plaintiff shall pay the filling fee within 30 days of this Order, or by **September 28, 2018**; and,

FINALLY, IT IS ORDERED that if Plaintiff fails to timely pay the filing fee as directed, the Clerk of Court shall mark this case CLOSED.

*s/Nora Barry Fischer*
Nora Barry Fischer, U.S. District Judge

cc: Thomas E Noble
#02218-015
FDC Philadelphia
P.O. Box 562
Philadelphia, PA 19105
(via first class mail)